IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | MEMORANDUM |
| | 08-cv-533-bbc |
| v. | |
| JIMMY DANOU, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant has filed a motion to vacate his sentence pursuant 28 U.S.C. § 2255. It appears, however, that he mailed his motion to the wrong court. His form is titled United States District Court for the Eastern District of Michigan, which is where his sentence was imposed. This is the court in which he must file his motion pursuant to 28 U.S.C. § 2255. I will return the form to him so that he may file it with the proper court.

Entered this 12th day of September, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1